UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK REYNOLDS, III

      PETITIONER,                    CIVIL CASE NO. 00-40094
                                                 CRIM CASE NO. 81-50046

v.                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA
                                      /

**ORDER STRIKING DEFENDANT'S 13 PAGE REPLY ON MOTION
FOR RETURN OF FORFEITED FUNDS, AND DEFENDANT'S
14 PAGE REPLY ON MOTION FOR RETURN OF FINE**

      Local Rule 7.1(c)(3)(g) limits a Reply Brief to 5 pages. Petitioner's 13 page Forfeiture Reply Brief violates that Rule, as does Petitioner's 14 page Fine Reply Brief.

      In addition, although both of Plaintiff's Motions violate Rule 7.1(c)(1) because they do not contain a brief, the Court will overlook that and deal with them as a Motion and Brief insofar as they cite and discuss cases.

      SO ORDERED.


                                                   S/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: November 16, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2009.

S/Denise Goodine
Case Manager